UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States          *
                       *    04CR050
                       *
v.                     *
                       *
                       *
Douglas Cleveland      *
                       *

### Motion in Limine to Exclude Statements of the Defendant and Other Possible Testimony of Police Witnesses and an Incorporated Memorandum of Points and Authorities

At the previous status conference in this case, the government indicated that it plans to introduce statements made by Mr. Cleveland in response to police questions occurring during the initial phase of the traffic stop. In particular, the government stated it would seek to admit the response Mr. Cleveland made to the police request for his driver's permit. Mr. Cleveland's response was that he did not have such a permit.

The defense objects to the introduction of the statement on two principal grounds:

1) The statement and related police observations are not probative on the material issues of the case as to whether Mr. Cleveland possessed a gun and possessed drugs with the intent to distribute and the lack of such probative value would actually be substantially outweighed by its unfairly prejudicial effect. FRE 402 and 403.

2) That the statement and related police observations will tend to create the inference that Mr. Cleveland has a general propensity to commit illegal acts and therefore probably committed the acts which are the subject of the indictment in this case. FRE 404.

In sum, the government could ask contextual questions of the officers it plans to call as witnesses where they can indicate a traffic stop was made without going into any illegality relating to the reasons for the stop, the statements of Mr. Cleveland, or his arrest for no permit. This information would seem relevant to the motions hearing in this case, but not to the material issues which would be the subject of the trial. In fact these facts create a danger that the description of the illegal behavior that resulted in the stop, the statements of the defendant, and the arrest for no permit could have a jury develop a notion that Mr. Cleveland has a character with a general propensity to commit criminal acts and thus is guilty of the crimes charged in the indictment. For these reasons, Mr. Cleveland would ask the court to disallow these particular areas of inquiry from the government case in chief.

Respectfully Submitted

Paul D. Hunt
4614 Wissahican Ave.
Rockville, MD  20853
Phone: 301-565-0540
Fed. Bar #447182

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States | * | |
| | * | 04CR050 |
| | * | |
| v. | * | |
| | * | |
| | * | |
| Douglas Cleveland | * | |
| | * | |

### Order

For the reasons contained in the defense motion in limine and the government response thereto, it is hereby;

ORDERED

1) That the defense motion is GRANTED and that the government is prohibited from questioning its witnesses concerning the basis for the stop, the statements of the defendant and the arrest for no permit in this matter.

_____
U.S. District Judge

Copies to:

Kate Connelly
Office of the United States Attorney
555 4th., St., N.W.
Washington, DC   20530

Paul D. Hunt
4614 Wissahican Ave.
Rockville, MD   20853

## CERTIFICATE OF SERVICE

I hereby certify that on 4/1/05 a copy of the foregoing pleading was mailed first class, postage prepaid to:

Kate Connelly
Office of the United States Attorney
555 4th St., N.W.
Washington, DC  20530